No. 71–828.   DETROIT POLICE OFFICERS ASSN. ET AL. *v.* CITY OF DETROIT.   Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question.

No. 71–855.   WILLIS *v.* STATE BOARD OF CONTROL ET AL. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of substantial federal question.

No. 71–880.   HAYNES ET AL. *v.* LINDER ET AL.   Appeal from Sup. Ct. Mo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–871.   FRASER & JOHNSTON CO. *v.* LODGE 1327, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO.   C. A. 9th Cir.   Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 70–74.   PIPEFITTERS LOCAL UNION No. 562 ET AL. *v.* UNITED STATES.   C. A. 8th Cir.   [Certiorari granted, 402 U. S. 994.]   Motion of petitioners for leave to file supplemental brief after argument granted.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 70–220.   CAPLIN, TRUSTEE *v.* MARINE MIDLAND GRACE TRUST CO. OF NEW YORK.   C. A. 2d Cir.   [Certiorari granted, 404 U. S. 982.]   Motion of the Solicitor General for leave to participate in oral argument on behalf of the Securities and Exchange Commission granted and a total of 15 minutes allotted for that purpose. Counsel for respondent allotted 15 additional minutes for oral argument.